PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Jan 20, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 2912 TETON LANE, FAIRFIELD, CALIFORNIA, INCLUDING ALL ROOMS AND PARTS, GARAGES, SURROUNDING GROUNDS, STORAGE ROOMS, ATTACHED OR UNATTACHED OUTBUILDINGS; ALL VEHICLES IN THE GARAGE; AND ONE HYUNDAI SEDAN WITH CA PLATE 7ETZ038 | CASE NO. 2:15-SW-0142-EFB<br><br>ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be, and are, unsealed.

Dated: 01/20/23

_/s/ Kendall J. Newman_
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT